# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

10/10/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 03-00311SOM |
| CASE NAME: | USA vs. (02) John E. Suter |
| ATTYS FOR PLA: | Marshall Silverberg |
| ATTYS FOR DEFT: | 02 Louis Ching |
| | Jonathan Skedelski (USPO) |

| | | | |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | Debra Chun |
| DATE: | 10/10/2006 | TIME: | 9:45 - 10:25 |

COURT ACTION:  EP: Order to Show Cause Why Supervised Release Should Not Be Revoked -

Defendant (02) John E. Suter present and in custody.

Court notifies the parties that if it finds the defendant did commit the violations as alleged, it is contemplating revoking supervised release, and imposing a sentence of imprisonment higher than the recommended sentencing guideline.

Defendant requests to go forward with this hearing today.

Defendant admits to all violations.

Court finds that there is sufficient evidence to support all violations and the defendant has not met the conditions of supervised release.

Supervised release is revoked.

ADJUDGED:

Imprisonment: 18 Months.

JUDICIAL RECOMMENDATIONS: 1) Lompoc - Defendant to be placed in a camp if when eligible; 2) Alcohol treatment.

Defendant advised of his right to appeal.

Defendant remanded to the custody of the USM.

Mittimus forthwith.

Submitted by: Toni Fujinaga, Courtroom Manager.