AO 245D     (Rev. 12/03) Sheet 1 - Judgment in a Criminal Case for Revocation

# United States District Court
## District of Hawaii

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**JOHN E. SUTER**<br>(Defendant's Name) | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br>Criminal Number: 03CR00311-002<br>USM Number: 91316-022<br>Louis Michael Ching Esq.<br>Defendant's Attorney |

**THE DEFENDANT:**

[✔] admitted guilt to violation of conditions  General Condition; Standard Conditions Nos. 3, 9, and 10; Special Condition No. 2; and HRS §291E-61  of the term of supervision.
[ ] was found in violation of condition(s) _____ after denial or guilt.

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| See next page. | | |

The defendant is sentenced as provided in pages 2 through  3  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.:  **5984**

Defendant's Residence Address:
**Pearl City, Hawaii 96782**

Defendant's Mailing Address:
**Pearl City, Hawaii 96782**

OCTOBER 10, 2006
Date of Imposition of Sentence

_/s/ Susan Oki Mollway_
Signature of Judicial Officer

**SUSAN OKI MOLLWAY**, United States District Judge
Name & Title of Judicial Officer

OCT 1 1 2006
Date



AO 245 D (Rev. 3/95) Judgment in a Criminal Case for Revocation Sheet 1

CASE NUMBER:     03CR00311-002
DEFENDANT:       JOHN E. SUTER

Judgment - Page 2 of 3

## ADDITIONAL VIOLATION

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 | Subject consumed alcohol | 11/10/05 |
| 2 | Subject failed to answer truthfully inquiries of the Probation Officer | 4/19/06 |
| 3 | Subject failed to allow the Probation Officer to visit him at home | 7/12/06<br>7/20/06 |
| 4 | Subject associated with a known felon, Elizabeth Jones | 7/20/06 |
| 5 | Subject operated a motor vehicle without a valid driver's license | 7/20/06 |
| 6 | Subject was arrested for conduct constituting Operating a Vehicle Under the Influence of an Intoxicant (OVUII) | 10/2/06 |

AO 245B  (Rev. 6/05) Judgment in a Criminal Case
Sheet 2 - Imprisonment

CASE NUMBER:  03CR00311-002  
DEFENDANT:  JOHN E. SUTER

Judgment - Page 3 of 3

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: EIGHTEEN (18) MONTHS

[✔]  The court makes the following recommendations to the Bureau of Prisons:
1) Lompoc - Defendant to be placed in a camp if and when eligible; 2) Alcohol treatment.

[✔]  The defendant is remanded to the custody of the United States Marshal.

[ ]  The defendant shall surrender to the United States Marshal for this district.
[ ] at ___ on ___.
[ ] as notified by the United States Marshal.

[ ]  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
[ ] before _ on ___.
[ ] as notified by the United States Marshal.
[ ] as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal